LIONEL Z. GLANCY #134180
PETER A. BINKOW #173848
MICHAEL M. GOLDBERG #188669
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone:    (310) 201-9150
Facsimile:    (310) 201-9160
Email:info@glancylaw.com
*Local Counsel for Plaintiffs*

THOMAS A. DUBBS
JAVIER BLEICHMAR (*admitted pro hac vice*)
JONATHAN GARDNER
LABATON SUCHAROW LLP
140 Broadway
New York, New York 10005
Telephone:  (212) 907-0700
Facsimile:   (212) 818-0477
tdubbs@labaton.com
jbleichmar@labaton.com
jgardner@labaton.com
*Lead Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | | |
|---|---|---|
| CLAUDE A. REESE, Individually and on Behalf of All Others Similarly Situated, | ) )  ) | **Case No.: cv-07-7511-RGK (RCx)** |
| Plaintiff | ) ) | CONSOLIDATED CLASS ACTION |
| v. | ) ) | Honorable R. Gary Klausner |
| JOHN BROWNE and ROBERT A. MALONE, | ) ) ) | Hearing: Date: June 2, 2008 |
| Defendants. | ) ) ) | Time: 9:00 a.m. Courtroom: 850 |

## NOTICE OF MOTION AND MOTION TO
## TRANSFER VENUE TO THE WESTERN DISTRICT
## OF WASHINGTON PURSUANT TO 28 U.S.C. § 1404(a)

**PLEASE TAKE NOTICE**, that The City of Edinburgh Council on behalf of the Lothian Pension Fund ("Lothian"), Bankinter Gestion de Activos, S.G.I.I.C. on behalf of BK Dividendo ("BK Dividendo"), Frankfurt Trust Investment-Gesellschaft mbH ("Frankfurt Trust"), Frankfurter-Service Kapitalanglage-Gesellschaft mbH ("Frankfurter Service"), and Pipefitters Local Union #537 Trust Funds ("Pipefitters #537") (collectively "Lead Plaintiffs") will respectfully move this Honorable Court on June 2, 2008 in the Courtroom of the Honorable R. Gary Klausner, Courtroom 850, for an order to transfer the instant action to the United States District Court Western District of Washington pursuant to 28 U.S.C. § 1404(a). The grounds for this motion are stated in the accompanying memorandum of law and Declaration of Javier Bleichmar.

A copy of this Notice has been sent to all parties on the attached proof of service.

Dated: April 28, 2008

Respectfully submitted,

By: _s/ Peter A. Binkow_

LIONEL Z. GLANCY #134180
PETER A. BINKOW #173848
MICHAEL M. GOLDBERG #188669
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone:   (310) 201-9150
Facsimile:   (310) 201-9160
Email: info@glancylaw.com

*Local Counsel*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LABATON SUCHAROW LLP
THOMAS A. DUBBS
JAVIER BLEICHMAR (pro hac vice)
JONATHAN GARDNER
LABATON SUCHAROW LLP
140 Broadway
New York, New York 10005
Telephone:   (212) 907-0700
Facsimile:    (212) 818-0477
tdubbs@labaton.com
jbleichmar@labaton.com
jgardner@labaton.com

*Counsel for Lead Plaintiffs*

C:\Documents and Settings\bleichj\My Documents\To Email\BP\#696424 v1A - Notice of Motion to Transfer.doc
[4/28/2008 04:00 PM]

2

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this day, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, and that copies of the foregoing have been mailed via United States Postal Service and/or hand delivered to counsel listed below.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 28, 2008

By___s/ Francisco Malonzo_____
FRANCISCO MALONZO

LABATON SUCHAROW LLP
140 Broadway
New York, New York 10005
Telephone:      (212) 907-0700
Facsimile:      (212) 818-0477
Email: info@labaton.com

COUNSEL:

JOHN L. WARDEN
RICHARD C. PEPPERMAN II
SULLIVAN & CROMWELL LLP
125 BROAD STREET
NEW YORK, NEW YORK 10004